# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:   Christina Sellers
        Tammy Sellers                                  Case Number:   18-70738
        Debtors

## TRUSTEE'S MOTION TO DISMISS

The Trustee moves the Court to dismiss this case on the following grounds:

For failure to appear at the continued 341 meeting of creditors on 2/19/2019.

## NOTICE OF HEARING

This matter will be heard on March 19, 2019 at 10:00 am in the U.S. Bankruptcy Courtroom, U.S. District Court Building, 110 Main Street, Room 201, Pikeville, KY  .

## CERTIFICATE OF SERVICE

I certify that this Motion to Dismiss was served on the persons named below by mail or via ECF on 3/1/2019.

                                                          /s/ Beverly M. Burden
                                                          Beverly M. Burden, Chapter 13 Trustee
                                                          Ky Bar ID: 09330
                                                          P O Box 2204
                                                          Lexington, KY  40588-2204
                                                          notices@ch13edky.com
                                                          859-233-1527

| | |
|---|---|
| Christina Sellers<br>Tammy Sellers<br>P.O. Box 64<br>Partridge, KY  40862 | RONNING, DARYLE M<br>Served Electronically Via ECF |